# UNITED STATES DISTICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| DANIEL KOCH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Cause No. 1:14-CV-72-HAB |
| ) | |
| JERRY W. BAILEY TRUCKING, INC., ) | |
| and THE ESTATE OF JERRY W. ) | |
| BAILEY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 23, 2021, the parties filed their Notice of Settlement Agreements Executed, informing the Court that "the parties have executed each of the 11 Settlement Agreements in this matter." The Court, having already approved the parties' settlement (ECF No. 258), now ENTERS judgment in favor of Plaintiffs and against Defendants. Any request for attorney fees shall be filed on or before April 16, 2021.

SO ORDERED on March 12, 2021.

                                            s/ Holly A. Brady
                                            JUDGE HOLLY A. BRADY
                                            UNITED STATES DISTRICT COURT