IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DANIEL KOCH, JOHNNY RAY WELLS, JR., TRENT COLLINS, BRAD WEIKART, FRANKLIN LORTIE, KIRK HERRING, ZACKERY PEPPLE, DANNY PORTER, TIMOTHY NIBLACK, TOM SEITZ, SR., and ANTHONY FOLLIS, <br><br> Plaintiffs, <br><br> vs. <br><br> JERRY W. BAILEY TRUCKING, INC., and ESTATE OF JERRY W. BAILEY, <br><br> Defendants. | CAUSE NO. 1:14-cv-72 |

### MOTION FOR AN AWARD OF STATUTORY ATTORNEY'S FEES, COSTS AND DESIGNATION OF EVIDENCE

Comes now Plaintiffs, by counsel, hereby move for an award of statutory attorney fees in the amount of $201,820.00 and costs of $5,729.36 to be awarded to counsel for Plaintiffs and against Defendants, Jerry W. Bailey Trucking, Inc. and the Estate of Jerry W. Bailey.

Plaintiffs hereby designate the following evidence in support of this Motion:

1. Memorandum in Support.

2. Affidavit of Ronald E. Weldy attached hereto as Exhibit A.

   a. Exhibit 1 – Clio Invoice

   b. Exhibit 2 - Bill of Costs

3. Affidavit of Christopher Myers attached hereto as Exhibit B.

4. Affidavit of Robert Kondras attached hereto as Exhibit C.

WHEREFORE, Plaintiffs hereby request statutory attorney fees against Defendants in the amount $201,820.00 and costs in the amount of $5,729.62, and for all other just and proper relief.

Respectfully submitted,

WELDY LAW

/s/ Ronald E. Weldy
Ronald E. Weldy, #22571-49
Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via ECF on this 16th day of April, 2021 to the following:

Theodore T. Storer – ttstorer@beersmallers.com

/s/ Ronald E. Weldy
Ronald E. Weldy, #22571-49
Weldy Law
8383 Craig Street
Suite 330
Indianapolis, IN 46250
Tel: (317) 842-6600
E-mail: rweldy@weldylegal.com